UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA<br><br>Plaintiff,<br>vs.<br><br>GOODLEAP, LLC, SUNLIGHT FINANCIAL LLC, SOLAR MOSAIC LLC, AND DIVIDEND SOLAR FINANCE LLC<br><br>Defendants. | No.: 24-CV-1181<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GOODLEAP, LLC** |

**Defendant GoodLeap, LLC** makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Defendant GoodLeap, LLC have a parent corporation and/or wholly owned subsidiary?

Yes          **No**

If yes, the parent corporation and/or wholly owned subsidiary is/are: *not applicable*.

2. Is 10% or more of the stock of GoodLeap, LLC owned by a publicly held corporation?

Yes          **No**

If yes, identify all such owners: *not applicable*.

2

| | |
|---|---|
| Dated: April 5, 2024 | WINTHROP & WEINSTINE, P.A. |
| | By: *s/ Olga Tymouch* <br> David M. Aafedt, #027561X <br> Joseph M. Windler, #0387758 <br> Olga Tymouch, #0400280 |
| | 225 South Sixth Street, Suite 3500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 604-6400 <br> daafedt@winthrop.com <br> jwindler@winthrop.com <br> otymouch@winthrop.com |
| | ***Attorneys for Defendant GoodLeap, LLC*** |

28668271v1