# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation<br><br>This Document Relates to 24-cv-01181:<br><br>State of Minnesota, by its Attorney General Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>GoodLeap LLC, Sunlight Financial LLC, Solar Mosaic LLC, and Fifth Third Bank, N.A. dba Dividend Finance,<br><br>Defendants. | MDL No. 24-3128 (DMM/DTS)<br><br>**STATE OF MINNESOTA'S MOTION TO REMAND UNDER 28 U.S.C. § 1441(c) or § 1367(c)** |

Plaintiff the State of Minnesota by its Attorney General Keith Ellison ("the State") moves to sever and remand claims against GoodLeap LLC, Sunlight Financial LLC, and Solar Mosaic LLC pursuant to 28 U.S.C. § 1441(c)(2). Alternatively, the AGO requests that the Court decline jurisdiction and remand such claims or claims against all Defendants pursuant to 28 U.S.C. § 1367(c)(2), (3), or (4). This motion follows removal of the action by Defendants Sunlight Financial LLC and Dividend Solar Finance LLC on April 5, 2024. The State's motion is supported by the accompanying memorandum of law and all other papers submitted and arguments related to the motion.

Dated: November 25, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General

*/s/ Adam Welle*
ADAM WELLE
Assistant Attorney General
MN Atty. Reg. No. 0389951
adam.welle@ag.state.mn.us

NOAH LEWELLEN
Assistant Attorney General
MN Atty. Reg. No. 0397556
noah.lewellen@ag.state.mn.us

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1425

*Attorneys for the State of Minnesota*